**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 82 EAL 2017
                                                      :

                  Respondent     :
                                                       :     Petition for Allowance of Appeal from
                                                       :     the Order of the Superior Court
                v.                     :

IMANUEL Y. FORBES,           :

                  Petitioner      :


## ORDER


**PER CURIAM**

    **AND NOW**, this 25th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.